**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTRAL LOCATING SERVICE, LTD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Paul BAUGHER, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CV-06-1659-PHX-SMM <br><br> **ORDER** |

Pending before the Court is a Motion to Withdraw as Counsel for Defendant Paul Baugher [Doc. No. 29], filed by Scott W. Rodgers and John L. Blanchard of the firm Osborn Maledon, PA. Having duly considered the motion and good cause appearing therefor,

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record [Doc. No. 29] is GRANTED.

**IT IS FURTHER ORDERED** that Scott W. Rodgers and John L. Blanchard of the firm Osborn Maledon may withdraw as counsel of record for Defendant Paul Baugher, pursuant to LRCiv 83.3(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona, and are no longer counsel of record for Defendant Baugher.

DATED this 28th day of August, 2006.

_____
Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28