**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTRAL LOCATING SERVICE, LTD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Paul BAUGHER, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CV-06-1659-PHX-SMM <br><br> **ORDER** |

      Pending before the Court is the Second Motion to Withdraw as Counsel for Defendant Elm Locating & Utility Services [Doc. No. 30], filed by J. Reed Roesler of the firm of Davis and Campbell, L.L.C.  Having duly considered the motion and good cause appearing therefor, the Court will grant the motion.

      Defendant is cautioned that corporations may only appear through counsel in federal court.

      **IT IS ORDERED** that the Second Motion to Withdraw as Counsel [Doc. No. 30] is **GRANTED**.

//

//

//

1   **IT IS FURTHER ORDERED** that J. Reed Roesler of the firm of Davis and Campbell,
2   L.L.C., may withdraw as counsel of record for Defendant Elm Locating & Utility Services,
3   pursuant to LRCiv 83.3(b)(1) of the Rules of Practice of the United States District Court for the
4   District of Arizona, and are no longer counsel of record for Defendant Elm Locating & Utility
5   Services.

6   DATED this 28th day of August, 2006.

/s/ Stephen M. McNamee
Stephen M. McNamee
United States District Judge