**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Central Locating Service, LTD, | ) | No. CIV 06-1659-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Paul Baugher et al., | ) | |
| Defendants. | ) | |

    Pending before the Court is the parties' Joint Motion for Extension of Time for Submitting Joint Case Management Report [Doc. No. 38]. Good cause appearing,

    **IT IS ORDERED** the parties' Joint Motion for Extension of Time for Submitting Joint Case Management Report [Doc. No. 38]. is **GRANTED**.

    **IT IS FURTHER ORDERED** that the parties shall file a Proposed Case Management Plan with the Clerk of Court by **5:00 p.m. on November 10, 2006.**

    DATED this 6th day of November, 2006.

Stephen M. McNamee
United States District Judge