**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Central Locating Service, LTD., ) | No. CIV 06-1659 -PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Paul Baugher, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pending before the Court is the parties' Stipulation for Extension of Time for Stipulated Dismissal. [Dkt. 43 ] The parties indicate that they are in the process of finalizing a settlement and that additional time will enable them to file their stipulated dismissal.  Accordingly,

**IT IS ORDERED** that the parties' Stipulation for Extension of Time for Stipulated Dismissal [Dkt. 43 ] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall have through **January 12, 2007** to file their stipulated dismissal with the Court.

**IT IS FURTHER ORDERED** that the Status Hearing in this matter scheduled for **Monday, January 8, 2007 at 2:00 p.m. is VACATED.**  Instead, the Court will conduct a Status  Hearing in this matter on **Wednesday, January 17, 2007 at 9:00 a.m.**

//

//

1  **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this
2  Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the
3  Status Hearing will be vacated.
4  DATED this 15th day of December, 2006.

Stephen M. McNamee
United States District Judge