1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Central Locating Service, LTD, | ) | No. CIV 06-1659-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Paul Baugher et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Motion for Extension of Time for Stipulated Dismissal [Doc. No. 45]. Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion for Extension of Time for Stipulated Dismissal [Doc. No. 45] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Status Hearing in this matter scheduled for **Wednesday, January 17, 2007 at 9:00 a.m. is VACATED.** Instead, the Court will conduct a Status Hearing in this matter on **Tuesday, February 6, 2007 at 3:00 p.m.**

//

//

//

//

1  **IT IS FURTHER ORDERED** that the parties have until **Friday, February 2, 2007**,
2  to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing
3  will be vacated.

4  DATED this 16th day of January, 2007.

Stephen M. McNamee
United States District Judge