1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Central Locating Service, Ltd.,           )    No. CIV 06-1659-PHX-SMM
                                               )
10              Plaintiff,                     )    **ORDER**
                                               )
11  vs.                                        )
                                               )
12                                             )
    Paul Baugher, et al.,                      )
13                                             )
                Defendants.                    )
14                                             )
    _____           )
15

16          Pending before the Court is the parties' Stipulation for Dismissal [Doc. No. 48].  After

17  consideration of the parties' Stipulation,

18          **IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal [Doc. No. 48] is

19  **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and

20  attorneys' fees incurred in connection with this case.

21          **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter

22  are hereby **VACATED**.

23          DATED this 2nd day of February, 2007.

24

25

26

27                                             Stephen M. McNamee
                                               United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28